# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| DANIEL TONNEMACHER and KATHLEEN TONNEMACHER<br>*Plaintiff*<br>v.<br><br>JEREMI OSSMAN, Conservator; et al.<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>Civil Action No. 1:17-CV-3053-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: This case is DISMISSED without prejudice.


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Thomas O. Rice   for failure to state a claim under 28 U.S.C. §1915(e)(2)(B).


Date:  February 14, 2018                    *CLERK OF COURT*

                          SEAN F. McAVOY

                          s/ Linda L. Hansen
                          *(By) Deputy Clerk*

                          Linda L. Hansen